UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LASALLE BANK NATIONAL ASSOCIATION As Trustee For Structured Asset Investment Loan Trust-Mortgage Pass-Through Certificates, Series 2003-BC2, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CAUSE NO. 1:04-cv-1113-JDT-WTL |
| MIKE SPRATT, MICHAEL K. SPRATT As Trustee Under A Certain Trust Agreement Dated June 14, 2001, UNITED STATES OF AMERICA and MARK W. SPRATT As Trustee Under A Certain Trust Agreement Dated February 28, 2003, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER TO REMAND FOR THE PURPOSE OF SHERIFF'S SALE

Comes now the parties, LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust-Mortgage Pass-Through Certificates, Series 2003-BC2, by counsel, Michael Ghosh and the United States of America, by counsel, Susan W. Brooks, United States Attorney, Southern District of Indiana and Sue Hendricks Bailey Assistant United States Attorney, Southern District of Indiana and hereby agree to remand this action to Hamilton Superior Court, Cause No. 29D02-0405-MF-465 for the purpose of Sheriff's Sale, and in support hereof states:

1. The real estate that is the subject of this litigation is located in Hamilton County, Indiana, and as such proves to be more efficient and effective to all parties involved to have the Hamilton County Sheriff conduct the sale.

2.      Remanding this action to the Hamilton Superior Court for the purpose of Sheriff's Sale will foster judicial economy and avoid the requirement that the parties unnecessarily expend time and resources to bring this property to a United States Marshal's Sale.

WHEREFORE, LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust-Mortgage Pass-Through Certificates, Series 2003-BC2, by counsel, and the United States of America, by counsel, request to remand this action to Hamilton Superior Court, Cause No. 29D02-0405-MF-465 for the purpose of Sheriff's Sale.

By:     /S/Michael Ghosh
        Attorney for LaSalle Bank National
        Association, as Trustee for Structured Asset
        Investment Loan Trust-Mortgage
        Pass-Through Certificates, Series 2003-BC2

        SUSAN W. BROOKS
        United States Attorney

By:     /S/ Sue Hendricks Bailey
        Sue Hendricks Bailey
        Attorney for United States of America

It is **THEREFORE ORDERED** that the parties having agreed to remand this action for the purpose of Sheriff's Sale, this matter is HEREBY remanded to Hamilton Superior Court, Cause No. 29D02-0405-MF-465 for the purpose of Sheriff's Sale.

All of which is ORDERED this  21st  day of  October         , 2005.

                                        John Daniel Tinder, Judge
                                        United States District Court

DISTRIBUTION:

MICHAEL GHOSH
FEIWELL & HANNOY, P.C.
P.O. Box 44141
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204
(317)237-2727

SUE HENDRICKS BAILEY
OFFICE OF THE UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF INDIANA
10 West Market, Suite 2100
Indianapolis, IN 46204
(317) 226-6333